Dbt f !3;24.dw 14545.KE !!!Epdvn f ou7.2 !!!Gjmhe!1: 031024 !!!Qbhf !2!pg2



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER McENEANEY, Petitioner, | : | CIVIL ACTION |
| v. | : | |
| JOHN KERESTES, et al., Respondents. | : | NO. 13-3434 |

## ORDER

AND NOW, this 23rd day of OCTOBER, 2013, upon careful and independent consideration of the petition for a writ of habeas corpus and accompanying motion to stay, the response, and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is placed **IN SUSPENSE** until the conclusion of the state appellate proceedings; and

3. Petitioner and Respondents **SHALL NOTIFY** the Court within thirty days of the conclusion of the state proceedings so that the habeas petition may proceed in this Court.

BY THE COURT:

_____
JAN E. DUBOIS, J.